# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | )<br>)<br>) |
| Petitioner, | ) |
| v. | )<br>) |
| WILDLIFE IN NEED AND WILDLIFE IN DEED, INC., TIMOTHY L. STARK, AND MELISA D. STARK, | ) Case No. 4:17-mc-3<br>)<br>)<br>)<br>) |
| Respondents. | ) |

## ORDER PRESERVING EVIDENCE RELATED TO AND INCLUDING THE BIG CATS

This matter coming before the Court on Petitioner People for the Ethical Treatment of Animals, Inc.'s Verified Petition Pursuant to Fed. R. Civ. P. 27(a) to Perpetuate Evidence (the "*Petition*"), all parties given due notice, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. The Petition is granted;

2. Respondents Wildlife In Need and Wildlife In Deed, Inc., Timothy L. Stark, and Melisa D. Stark (collectively, "*Respondents*") are hereby ordered to preserve all tangible and documentary evidence relating to (and including) the tigers, lions, and hybrids thereof in their possession and control;

3. Respondent Timothy L. Stark is hereby ordered to sit for deposition to be conducted by Petitioner People for the Ethical Treatment of Animals, Inc., within ten (10) business days after entry of this order; and

4. Petitioner People for the Ethical Treatment of Animals, Inc., is hereby authorized to conduct an inspection of the premises located at 3320 Jack Teeple Road, Charlestown, Indiana 47111, through its counsel and a videographer, for the purpose of identifying the tigers, lions, and hybrids thereof in the possession and control of the Respondents in order to preserve evidence central to the forthcoming litigation against the Respondents.

Date: _____       _____
                                                                    Judge, United States District Court

Service of this proposed order will be made electronically
on all ECF-registered counsel of record via e-mail
generated by the court's ECF system.

# CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and accurate copy of the foregoing proposed order will be served upon the parties listed below via personal service:

    Timothy L. Stark
    Melisa D. Stark
    Wildlife in Need and Wildlife in Deed, Inc.
    3320 Jack Teeple Road
    Charlestown, IN 47111
    E-mail: wildlifeinneed@aol.com


    /s/Brian W. Lewis


Brian W. Lewis
Yeny C. Ciborowski
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Tel: (312) 357-1313
Fax: (312) 759-5646
E-mail: Brian.Lewis@btlaw.com
   Yeny.Ciborowski@btlaw.com

Service of this proposed order will be made electronically
on all ECF-registered counsel of record via e-mail
generated by the court's ECF system.