IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., ) ) ) Petitioner, ) ) v. ) ) WILDLIFE IN NEED AND ) WILDLIFE IN DEED, INC., ) TIMOTHY L. STARK, AND ) MELISA D. STARK, ) ) Respondents. ) | Case No. 4:17-mc-3 |

## DECLARATION OF BRIAN W. LEWIS

Brian W. Lewis, hereby states as follows:

1. I am an attorney at the law firm Barnes & Thornburg LLP and am attorney of record for Petitioner People for the Ethical Treatment of Animals, Inc. ("**PETA**").

2. I submit this declaration in support of PETA's Verified Petition Pursuant to Fed. R. Civ. P. 27(a) to Perpetuate Evidence (the "**Petition**").

3. Identified in this declaration are various documents and other evidence referred to in the Petition. The facts set forth below are within my personal knowledge or have been obtained from public sources identified below.

4. On July 27, 2017, I sent to Wildlife in Need and Wildlife in Deed, Inc., Timothy L. Stark, and Melisa D. Stark (the "**Respondents**"), the prospective defendants in the contemplated ESA action, PETA's Notice of Intent to Sue (the "**Notice**"). A true and correct copy of the Notice is attached hereto as Exhibit 1.

5. In the Notice, on behalf of PETA, I requested the Respondents to agree in writing by August 3, 2017, to voluntarily preserve any and all animals, documents, tangible items and

electronic data that are the subject of or relevant to the violations addressed in the Notice. Respondents have not complied with this request or otherwise replied to the Notice.

6. Recent United States Department of Agriculture ("*USDA*") inspection reports for wildlife exhibitors in Indiana, including Mr. Stark, are available at the USDA's website, https://www.aphis.usda.gov/animal_welfare/downloads/awa/Inspection_Reports/E/AWA_IR_C-IN_secure.pdf.

7. A true and correct copy of the USDA's March 17, 2017 inspection report for Timothy L. Stark is attached hereto as Exhibit 2. Mr. Stark filed this document as Complaint Ex. A, *Stark v. Young*, No. 4:17-cv-00057-RLY-DML (S.D. Ind. Mar. 30, 2017).

8. A true and correct copy of the USDA's March 29, 2017 inspection report for Timothy L. Stark is attached hereto as Exhibit 3. The document may be found on the USDA website, https://www.aphis.usda.gov/animal_welfare/downloads/awa/Inspection_Reports/E/AWA_IR_C-IN_secure.pdf).

9. Attached hereto as Exhibit 4 is a true and correct copy of the news article: Aprile Rickert, PETA threatens to sue Charlestown's Wildlife in Need, *News and Tribune*, July 28, 2017, http://www.newsandtribune.com/news/peta-threatens-to-sue-charlestown-s-wildlife-in-need/article_ca6a437a-73c9-11e7-8515-1bb9f86e2fa4.html.

10. Attached hereto as Exhibit 5 is a true and correct copy of the complaint filed by the USDA against Timothy L. Stark in a consolidated enforcement action, AWA Docket Nos. 16-0124 and 16-0125. This document was obtained from a USDA website.

11. Attached hereto as Exhibit 6 is a true and correct copy of a letter from the United State Fish and Wildlife Service to Timothy L. Stark. The letter was obtained from the agency in response to a FOIA request.

     I declare under penalty of perjury that the foregoing is true and correct.


| | |
|---|---|
| Chicago IL<br>August 4, 2017 | */s/ Brian W. Lewis*<br>BARNES & THORNBURG LLP<br>One North Wacker Drive<br>Suite 4400<br>Chicago, Illinois 60606<br>Telephone: 312- 357-1313 |