# Exhibit 4



http://www.newsandtribune.com/news/peta-threatens-to-sue-charlestown-s-wildlife-in-need/article_ca6a437a-73c9-11e7-8515-1bb9f86e2fa4.html

TOPICAL

# PETA threatens to sue Charlestown's Wildlife in Need

Refuge accused of causing harm to big cats

By APRILE RICKERT    Jul 28, 2017

Wildlife in Need director Tim Stark is pictured in an undated file photo.

Photo courtesy of Kentucky Center for Investigative Reporting

    

CHARLESTOWN — A southern Indiana wildlife refuge may be the target of a lawsuit, according to a notice of intent to sue filed by PETA (People for the Ethical Treatment of Animals).

PETA contends Wildlife in Need at Charlestown has violated the U.S. Endangered Species Act (ESA).

In the eight-page notice filed Thursday against Timothy Stark and Melisa Stark, and the organizations they operate, Wildlife in Need and Wildlife in Deed Inc., PETA cites violations including "harming, "harassing" and "wounding" the animals, based on ESA definitions.

PETA takes issue with Timothy Stark's care and treatment of the animals, including declawing some of the big cats. According to the document, to declaw an exotic feline, "the animal's toes are amputated at the last joint, a procedure that will result in permanent lameness, gait abnormalities, abnormal standing or other long-term complications..."

The document cites inspection reports by the USDA and states that "Wildlife in need confines adult and juvenile big cats to small, virtually barren enclosures that lack proper enrichment and other opportunities [to] engage in species-typical behaviors." It further states that the refuge owners have subjected baby animals to "trauma and permanent chronic distress," through playtime events in which the public can attend for a minimum fee of $25.

Stark was unaware of the intent to file litigation when contacted by the News and Tribune on Friday, but he said he was not worried because he's in compliance.

"I am licensed, I am regulated," he said. "PETA is not actually animal people; they are employed and paid to do what they do. They shouldn't be allowed to just sue me because they have money, because they have an agenda that is different than mine."

"I haven't done anything wrong."

Stark said he is in compliance according to the Federal Animal Welfare Act and Animal Welfare Regulations book that the U.S. Department of Agriculture sends each year.

"When [inspectors] come here and [cite things out of compliance,] ... I ask them, 'can you show it to me,'" Stark said. "If I'm coming out here to build an enclosure or repair an enclosure, I want to know how to do it, so when they do show up for an inspection, I know I've got my stuff together."

According to the USDA, declawing big cats for reasons other than medical issues was outlawed in 2006. A fact sheet from August 2006 states "these procedures are no longer considered to be acceptable when performed solely for handling or husbandry purposes since they can cause considerable pain and discomfort to the animal and may result in chronic health problems.

"These procedures are no longer allowed under the Animal Welfare Act. This notice is consistent with the current position statement issued by the American Veterinary Medical Association."

Stark said he has had some of his big cats declawed, though it's unclear whether the instances were related to a health condition or for ease of handling the animals. But he said he wasn't aware of this being a noncompliance issue until inspectors told him several years ago. He said it was not listed in the regulations book he receives every year.

Stark denies accusations of mistreatment of animals, including the public events which feature juvenile animals.

"These animals love it," he said. "Any animal thrives on love, affection, attention. I walk out there to the cages, they come running. If I'm this abuser, is the animal going to come running? I don't think so."

PETA's intent to sue states that litigation will be pursued in 60 days unless Stark "elects to remedy the ESA violations." In this case, it states that he should contact PETA's attorney and that the big cats would be transferred to "reputable sanctuaries, where they can express species-typical behaviors in safe, socially appropriate and enriching environments." The letter states that PETA would arrange and pay for the relocation.

But Stark, who is also involved in a lawsuit filed by the USDA, said he's done nothing wrong and is not interested in a lawsuit with PETA. Relocating the animals, he said, is not going to happen.

"As long as I am breathing, they will never confiscate my animals," he said. "Nobody will. I haven't done anything wrong. I am willing to die for what I believe in."

**31 comments**                                                                                          ▾

**Sign in**                                                                           **1 person listening**

|  |  |  | Share | Post comment as... |
|--|--|--|-------|--------------------|
|  |  | + Follow |  |  |

**Newest** | Oldest

 **Michelle_Fox**                                                                    44 minutes ago

Honestly I work for them. Dont see them mistreating any of the animals. How is it different declawing a cat and a big cat? The result is gonna be the same. They do not mistreat these animals at all. They are caring and I think its bs you are always trying to find away to bash them. They care for these pets like its their children. Y'all go by what u read instead of finding out the stuff on your own. Stuff like this bashing them makes me mad. If they were mistreating them one of the volunteers would say something. They are as