# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | |
| WILDLIFE IN NEED AND WILDLIFE IN DEED, INC., TIMOTHY L. STARK, AND MELISA D. STARK, | ) ) ) ) ) ) | Case No. 4:17-MC-00003-RLY-DML |
| Respondents. | ) | |

## INTERIM ORDER PRESERVING EVIDENCE
## RELATED TO AND INCLUDING THE BIG CATS

This matter coming before the Court on Petitioner People for the Ethical Treatment of Animals, Inc.'s Emergency Motion to (a) Enter an Interim Preservation Order and (b) Shorten Notice and Expedite Hearing on Verified Petition Pursuant to Fed. R. Civ. P. 27(a) (the "***Motion***"), all parties given due notice, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. The Motion is granted;

2. Respondents Wildlife In Need and Wildlife In Deed, Inc., Timothy L. Stark, and Melisa D. Stark (collectively, "***Respondents***") are hereby ordered to preserve all tangible and documentary evidence relating to (and including) the tigers, lions, and hybrids thereof (including cubs) in their possession, custody, and control ("***Big Cats***");

3. Respondents may not transfer, sell, exchange, transport, or in any way dispose of the Big Cats without prior leave of Court; and

4. The twenty-one (21) day notice requirement under Fed. R. Civ. P. 27(a)(2) is hereby waived and a hearing on the Verified Petition Pursuant to FED. R. CIV. P. 27(a) to Perpetuate Evidence is set forth on _____ at _____.

Date: _____  _____

Judge, United States District Court

Service of this proposed order will be made electronically
on all ECF-registered counsel of record via e-mail
generated by the court's ECF system.