UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) |
| Petitioner, | ) ) ) |
| vs. | ) ) ) |
| WILDLIFE IN NEED AND WILDLIFE IN DEED, INC., TIMOTHY L. STARK, and MELISA D. STARK, | ) ) ) ) ) ) |
| Respondents. | ) |

No. 4:17-mc-00003-RLY-DML

## Order on Emergency Motion (Dkt. 12) and Associated Motion for Oral Argument (Dkt. 14)

On August 30, 2017, the court held a hearing by telephone on the petitioner's emergency motion (Dkt. 12) to enter an interim preservation order and to expedite Rule 27 hearing. The court thus GRANTS the petitioner's motion (Dkt. 14) to hold that hearing. The hearing was on the record. The petitioner was represented by counsel, Brian W. Lewis and Yeny C. Ciborowski, and the respondents were represented by counsel, C. Richard Rush. The emergency motion (Dkt. 12) is GRANTED IN PART AND DENIED IN PART.

For the reasons stated on the record during the hearing, the court DENIES the petitioner's motion for the entry of an interim preservation order but GRANTS the petitioner's request to expedite the Rule 27 hearing by setting it slightly before

expiration of the 21-day period set forth in Rule 27. By a separate entry, the court has set a hearing on the Rule 27 petition.

    So ORDERED.

Dated: August 31, 2017

                                            Debra McVicker Lynch
                                            United States Magistrate Judge
                                            Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system