# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) |
| Petitioner, | ) |
| v. | ) ) |
| WILDLIFE IN NEED AND WILDLIFE IN DEED, INC., TIMOTHY L. STARK, AND MELISA D. STARK, | ) ) ) ) ) |
| Respondents. | ) |

Case No. 4:17-MC-00003-RLY-DML

## CONSENT ORDER PRESERVING EVIDENCE
## AND WITHDRAWING RULE 27 PETITION

Petitioner People for the Ethical Treatment of Animals, Inc. ("**PETA**"), and Respondents Wildlife In Need and Wildlife In Deed, Inc., Timothy L. Stark, and Melisa D. Stark (collectively, the "**Respondents**") by their respective attorneys, stipulate, consent and agree to the entry of the following Order of the Court, and the Court being advised that the parties are in agreement,

IT IS HEREBY ORDERED THAT:

1. The Respondents shall preserve all tangible and documentary evidence relating to (and including) the tigers, lions, and hybrids thereof in Respondents' possession, custody, and control; and

2. The Verified Petition Pursuant to Fed. R. Civ. P. 27(a) to Perpetuate Evidence [Docket No. 1] is withdrawn.

Dated this ___ day of _____, 2017.

_____
Judge

- 2 -

STIPULATED AND AGREED TO THIS 7th OF SEPTEMBER 2017 BY AND BETWEEN:

By:  */s/Yeny C. Ciborowski*
      One of the Attorneys for Petitioner
      People for the Ethical Treatment of
      Animals, Inc.

By:  */s/Richard Rush*
      Attorney for Respondents Wildlife In
      Need and Wildlife In Deed, Inc.,
      Timothy L. Stark , and Melisa D. Stark

Brian W. Lewis
Yeny C. Ciborowski
BARNES & THORNBURG LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606
Telephone: 312- 357-1313
E-mail: brian.lewis@btlaw.com
       Yeny.ciborowski@btlaw.com

Richard Rush
Rush Law Office
421 West First Street
New Albany, IN 47150
Telephone: 812- 945-6999
E-mail: *c.richardrush@gmail.com*

Distribution:
Service of this consent order was made electronically on all ECF-registered counsel of record via e-mail generated by the court's ECF system.