IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | )<br>)<br>) |
| Petitioner, | ) |
| v. | )<br>) |
| WILDLIFE IN NEED AND WILDLIFE IN DEED, INC., TIMOTHY L. STARK, AND MELISA D. STARK, | )<br>)<br>)<br>)<br>) |
| Respondents. | ) |

Case No. 4:17-MC-00003-RLY-DML

**CONSENT ORDER PRESERVING EVIDENCE
AND WITHDRAWING RULE 27 PETITION**

Petitioner People for the Ethical Treatment of Animals, Inc. ("***PETA***"), and Respondents Wildlife In Need and Wildlife In Deed, Inc., Timothy L. Stark, and Melisa D. Stark (collectively, the "***Respondents***") by their respective attorneys, stipulate, consent and agree to the entry of the following Order of the Court, and the Court being advised that the parties are in agreement,

IT IS HEREBY ORDERED THAT:

1. The Respondents shall preserve all tangible and documentary evidence relating to (and including) the tigers, lions, and hybrids thereof in Respondents' possession, custody, and control; and

2. The Verified Petition Pursuant to Fed. R. Civ. P. 27(a) to Perpetuate Evidence [Docket No. 1] is withdrawn.

Dated this 18th day of September, 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record